**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 23-12268 - B - 13
Gregory Paul Giannoccaro,          ) Docket Control No. MHM-2
          Debtor.                  ) Document No. 15
                                   ) Date: 12/20/2023
                                   ) Time: 9:30 AM
_____) Dept: B
```

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 33,

IT IS ORDERED that the motion to dismiss case is GRANTED.

IT IS FURTHER ORDERED that the CASE IS DISMISSED.

Dated: Dec 21, 2023

By the Court

René Lastreto II, Judge
United States Bankruptcy Court