FORM L70 Notice of Entry of Order of Dismissal (v.2.13)     23–12268 – B – 13

## UNITED STATES BANKRUPTCY COURT
### Eastern District of California

**Robert E. Coyle United States Courthouse**
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF ENTRY OF ORDER OF DISMISSAL

**Case Number:** 23–12268 – B – 13

Debtor Name(s), Social Security Number(s), and Address(es):

Gregory Paul Giannoccaro
xxx–xx–8008

1555 Manzanita Way
Los Banos, CA 93635

**NOTICE IS HEREBY GIVEN THAT:**

An order dismissing debtor Gregory Paul Giannoccaro was entered on the docket in this case on December 21, 2023. The document number and docket text for this order are set forth below.

**[35] – Order Granting 15 Motion/Application to Dismiss Case [MHM–2] (jlns)**

Dated:
12/21/23

For the Court,
Wayne Blackwelder , Clerk