**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Gregory Paul Giannoccaro

**Case No.:** 23-12268 - B - 13

**Docket Control No.** DAB-1

**Date:** 01/31/2024
**Time:** 9:30 AM

**Matter:** [28] - Motion/Application to Confirm Chapter 13 Plan [DAB-1] Filed by Debtor Gregory Paul Giannoccaro (jlns)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion Denied as moot, Resolved without Oral Argument

The court will issue an order.

On December 21, 2023, this case was dismissed. Accordingly, this *Motion to Confirm Plan* is hereby DENIED AS MOOT.